FILED
2013 Jun-12  AM 11:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| In re Application of IDENIX | ) | |
| PHARMACEUTICALS, INC., | ) | |
| Petitioner, for an Order Pursuant to | ) | **Case No. 2:13-mc-1069-LSC** |
| 28 U.S.C. § 1782 to Take Discovery | ) | |
| for Use in Foreign Proceedings, | ) | |
| Pursuant to the Federal Rules of Civil | ) | |
| Procedure, of Respondent JEREMY | ) | |
| L. CLARK. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN V. SLATER

The undersigned, who is a member in good standing of this Court, moves the Court for the admission *pro hac vice* of Brian V. Slater, Esq. to represent Gilead Sciences, Inc. in the above case pursuant to Rule 83.1 of the Local Rules of the United States District Court for the Northern District of Alabama.

As grounds for this motion, the undersigned shows the Court as follows:

1.      Mr. Slater is an attorney licensed to practice law in the State of New York since 1991, and is a member in good standing of the bar of the State of New York.  In addition, he is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, as well as the United States Court of Appeals for the Federal Circuit.

2.    Mr. Slater is affiliated with the law firm of Fitzpatrick, Cella, Harper & Scinto, located at 1290 Avenue of the Americas, New York, NY 10104-3800, telephone (212) 218-2100, fax (212) 218-2200.

3.    With the filing of this motion, the undersigned will also submit to the Clerk of this Court payment in the amount of $50.00 in payment of the fee prescribed by the local rules of the Court.

WHEREFORE, the undersigned respectfully requests that Brian V. Slater be admitted to practice *pro hac vice* before this Court in this case.

Respectfully submitted this 12th day of June, 2013.

*/s/ Natalie A. Cox*
James C. Barton, Jr. (BAR014)
Bar Number: ASB-0237-B51J
Email: jbartonjr@johnstonbarton.com

Alan D. Mathis (MAT052)
Bar Number: ASB-8922-A59M
Email: adm@johnstonbarton.com

Natalie A. Cox (COX032)
Bar Number: ASB-5184-N71C
Email: nac@johnstonbarton.com

Johnston Barton Proctor & Rose LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone: (205) 458-9400
Fax: (205) 458-9500

**Attorney for Gilead Sciences, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2013, the foregoing was electronically filed using the Court's CM/ECF system, and I provided copies of the foregoing as follows:

By e-mail on counsel for Idenix Pharmaceuticals, Inc., at the following addresses:

hprater@lightfootlaw.com
abrown@lightfootlaw.com
cpgriffith@jonesday.com
smgerber@jonesday.com

A courtesy copy will also be sent to Jeremy Clark by email at the following address:

01j.clark@gmail.com

*/s/ Natalie A. Cox*
Natalie A. Cox